UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

TIMOTHY A. ECKERT,

       Plaintiff,

    v.

GENERAL MOTORS LLC, UNITED
AUTO WORKERS LOCAL 686,
GENERAL MOTORS COMPONENTS
HOLDINGS LLC, and JOHN DOE 1-4,

       Defendants.

_____

25-CV-780 (JLS) (MJR)

## DECISION AND ORDER

*Pro se* Plaintiff commenced this action on August 25, 2025, alleging claims under the Family and Medical Leave Act, the Americans with Disabilities Act, the Labor Management Relations Act, along with state law claims.  Dkt. 5.  The case has been referred to United States Magistrate Judge Michael J. Roemer for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C).  Dkt. 3.

Before the Court are several motions filed by the parties.  Namely: (1) a motion for alternate service on Defendant United Auto Workers, Dkt. 4, by Plaintiff; (2) a motion to dismiss, Dkt. 8, by Defendant United Auto Workers Local 686 ("UAW"); (3) a motion to dismiss, Dkt. 21, by Defendants General Motors Components Holdings LLC and General Motors LLC (collectively, "GM"), and (4) a motion for partial summary judgment, Dkt. 23, by Plaintiff.  On May 19, 2026, Judge Roemer issued a Report, Recommendation, and Order ("R&R"), recommending that this Court grant

Defendants' motions to dismiss and deny Plaintiff's motion for partial summary judgment. Dkt. 27. Additionally, the R&R ordered that Plaintiff's motion for alternative service, Dkt. 4, is denied. *Id.*

Plaintiff objected to the R&R. Dkt. 29. He argues that the R&R erred in dismissing the causes of action in his Amended Complaint and "improperly resolve[d] disputed factual inferences against Plaintiff." *Id.* at 3.[1] Defendants opposed the objections, Dkt. 29 and 34, and Plaintiff replied. Dkt. 38.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R—including the portions to which no party objected—and the relevant record. Based on its *de novo* review, the Court accepts and adopts Judge Roemer's recommendation.

For the reasons above and in the R&R, Defendants' [8] and [21] motions to dismiss are GRANTED, but with leave to amend and Plaintiff's [23] motion for partial summary judgment is DENIED as moot. The Court affirms the balance of the R&R.

---

[1] Page numbers refer to the CM/ECF generated numbering in the header of each page.

As a result, the [5] Amended Complaint is DISMISSED in its entirety and Plaintiff is granted leave to amend on a schedule to be determined by the magistrate judge. The Court refers the case back to Judge Roemer for further proceedings consistent with the referral order at Dkt. 3.


SO ORDERED.

Dated:          July 1, 2026
                Buffalo, New York


                                          _____
                                          JOHN L. SINATRA, JR.
                                          UNITED STATES DISTRICT JUDGE